**Order entered December 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01449-CV

### IN THE INTEREST OF J.C.J., A CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-53747-2009**

## ORDER

The Court **GRANTS** court reporter Crystal Cannon's December 22, 2014 request for an extension of time to file the reporter's record only to the extent that we **ORDER** Ms. Cannon to file the record by **JANUARY 30, 2015**.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Crystal Cannon, deputy court reporter, 219th Judicial District Court, and to counsel for all parties.

/s/    CRAIG STODDART
        JUSTICE